IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DORA L. ADKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:24-cv-2241 (LMB/WBP) |
| | ) |
| DAVIDSON HOTEL CO., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Dora L. Adkins, acting pro se, is under multiple pre-filing injunctions by this Court due to her extensive history of frivolous filings. One such injunction prohibits Adkins from "filing in this district without pre-filing leave of Court any action against Defendant Hyatt Corporation or any other company or individual that alleges under any legal theory injuries or damages arising out of alleged food or chemical poisoning." Adkins v. Hyatt Corp., 1:20-cv-01410-AJT-IDD, at *1 (Oct. 1, 2021). Adkins, nevertheless, has filed a Motion for Leave to File An Emergency Complaint, seeking $960 million in damages stemming from allegedly unsatisfactory conditions in a hotel room, including those resulting from alleged food and chemical poisoning. See [Dkt. No 1]. This extraordinarily high demand request is clear evidence of the meritless nature of the 117-page Complaint that Adkins has attached to her motion. See Jennings v. Ford Motor Co., 56 F.3d 64, 1995 WL 299049, at *1 (6th Cir. 1995) (unpublished table op.); Falwell v. Chapman, 1:24-cv-1851-LMB-WBP, at *1 (Oct. 24, 2024); Anderson v. Pollard, 2020 WL 9349174, at *2 (E.D. Va. Aug. 24, 2020). The focus of the claims, although often difficult to discern, involves

the same allegations of unsanitary hotel room conditions and health threats that mirror multiple fanciful and meritless complaints that Adkins has filed or sought to file in this Court.[1]

Because the Complaint that Adkins wants to file is the very type to which previously-issued pre-filing injunction apply, see Adkins v. Hyatt Corp., 1:20-cv-01410-AJT-IDD, at *1 (Oct. 1, 2021); Adkins v. Am. Serv. Cent. Assoc. LLC, 1:22-cv-956, at *3 (Oct. 19, 2022), it is hereby

ORDERED that the Motion for Leave to File [Dkt. No. 1] be and is DENIED.

To appeal this decision, plaintiff must file a written notice of appeal with the Clerk's office within 30 days of the date of this Order. See Fed. R. App. P. 4(a). A written notice of appeal is a short statement indicating a desire to appeal and including the date of the Order the plaintiff wishes to appeal. Failure to file a timely notice of appeal waives the right to appeal this decision.

The Clerk is directed to forward copies of this Order to Plaintiff, pro se, at her address of record.

Entered this 13th day of December, 2024.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge

---

[1] See, e.g., Adkins v. Am. Serv. Cent. Assoc. LLC, 1:22-cv-956; Adkins v. Mercedes-Benz USA, LLC, No. 1:21-cv-00419-RDA-JFA; Adkins v. Public Storage, 1:16-cv-01556-JCC-IDD; Adkins v. Alexandria Towers Investor, LLC, 1:16-cv00491-JCC-TCB; Adkins v. Whole Foods Market Group, Inc., 1:16-cv-0031-CMH-JFA (EDVA); Adkins v. City Of Fairfax - GMU Crimesolvers, Inc., 1:15-cv-00879-ICC-MSN; Adkins v. Bank of America, N.A., 1:14-cv-00563- GBL-JFA; Adkins v. Fairfax County School Board, 1:09-mc-00027-GBL-TCB (EDVA); Adkins v. Fairfax County School Board, et al., 1:08-cv-00091-JCC-JFA; Adkins v. Fairfax County School Board, 1:08-mc-00050-GBL-TRJ; Adkins v. Fairfax County School Board, 1:07-mc-00035-GBL-TCB; Adkins v. Fairfax County School Board, 1:05- mc-00005-GBL-BRP; Adkins v. Fairfax County School Board, 1:04-mc-00048-GBL-TCB; Adkins v. Fairfax County School Board, 1:03-cv-01177-GBL; Adkins v. Fairfax County School Board, 1:04-mc-00053-JCC-TRJ; Adkins v. Fairfax County School Board, 1:99-cv-00304-LMB; Adkins v. Fairfax County School Board, 1:98-cv-01071-LMB; Adkins v. Fairfax County Board of Education, 1:97-cv-00835-AVB; Adkins v. HBL, LLC, 1:17-cv-00774-TSE-TCB; Adkins v. Whole Food Market Group, Inc., 1:17-cv-1023-AJT-JFA; Adkins v. HEI Tyson's Corner, LLC, 1:18-cv00291-AJT-IDD; Adkins v. Dulles Hotel Corporation, 1:20-cv-00361-RDA-IDD; Adkins v. Hyatt Corporation, 1:20-cv-01410-AJT-MSN.